AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
2:59 pm, May 07 2025
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____DG_____ Deputy

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Joshua DeWitte and Christopher Allan Tisoy | ) | Case No. 25-mj-5141-JGD |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 13-15, 2025 in the county of Cambridge in the
_____ District of Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a) & (e) | Sexual exploitation of minors, and attempt and conspiracy |

This criminal complaint is based on these facts:
See attached Affidavit of HSI Special Agent Brian A. Smith.

☑ Continued on the attached sheet.

*Brian A. Smith* (signature)
*Complainant's signature*

Brian A. Smith, HSI Special Agent
*Printed name and title*

Subscribed and sworn to via telephone in accordance with
Federal Rule of Criminal Procedure 4.1.

Date: **May 5, 2025**

*Judith G. Dein* (signature)
*Judge's signature*

City and state: Boston, Massachusetts
Hon. Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*